THE CITY OF NEW YORK, Appellant, *v.* WARREN-SCHARF ASPHALT PAVING COMPANY et al., Respondents.

*City of New York* v. *Warren-Scharf Asphalt Paving Co.,* 149 App. Div. 633, affirmed.

(Argued March 25, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract in failing to keep a street pavement in repair.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE and CUDDEBACK, JJ. Absent: HOGAN, J. Not sitting: MILLER, J.